**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **G2 Builders, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **68-0609935** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1330 Greenbrook Blvd., Suite 101**<br>**Hanover Park, IL 60133**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **G2 Builders, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **G2 Builders, LLC**
_____   Case number (*if known*) _____
Name

---

**11.  Why is the case filed in**
**this district?**

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name   _____

          Phone   _____

---

███   **Statistical and administrative information**

---

**13.  Debtor's estimation of**        .   Check one:
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **G2 Builders, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 24, 2017**
MM / DD / YYYY

X **/s/ Oscar Garcia**                                      **Oscar Garcia**
Signature of authorized representative of debtor            Printed name

Title     **Managing Member**

**18. Signature of attorney**

X **/s/ Jay L. Dahl**                               Date     **April 24, 2017**
Signature of attorney for debtor                            MM / DD / YYYY

**Jay L. Dahl**
Printed name

**The Law Offices of Jay L. Dahl**
Firm name

**1122 Brigham Way**
**Geneva, IL 60134**
Number, Street, City, State & ZIP Code

Contact phone     **630-232-9005**          Email address

**03123262**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **G2 Builders, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2017**          X **/s/ Oscar Garcia**
                                          Signature of individual signing on behalf of debtor

                                          **Oscar Garcia**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **G2 Builders, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..........................................................................................   $          **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................   $     **73,559.54**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..........................................................................................   $     **73,559.54**

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **5,260.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **57,699.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$     **1,925,372.97**

4.   Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b   $     **1,988,331.97**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **G2 Builders, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First American Bank** | **Business checking and payroll** | 9112 | **$73,559.54** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$73,559.54**

## Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **G2 Builders, LLC** | Case number *(If known)* | |
|--------|----------------------|---------------------------|--|
| | Name | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $0.00 |
|-----|----------------------|--|-------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **G2 Builders, LLC**_____     Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

Debtor    **G2 Builders, LLC**_____    Case number *(If known)*_____
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $73,559.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $73,559.54 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $73,559.54 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **G2 Builders, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Fox Valley Glass & Mirror, Inc.** | Describe debtor's property that is subject to a lien | **$1,500.00** | **$1,500.00** |
|---|---|---|---|---|

| | Creditor's Name | **Construction Project Owner: Wynright Corp. Creditor,subcontractor has supplied a valid lien waiver which remains unpaid in the stated amount below. Debtor is the general Contractor holding the funds as a fiduciary.** | | |
|---|---|---|---|---|

**9919 Clow Creek Dr., Suite A**
**Plainfield, IL 60585-7527**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**Wynright Corp.**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Low Voltage Installation Services** | Describe debtor's property that is subject to a lien | $3,760.00 | $3,760.00 |
|---|---|---|---|---|

| | Creditor's Name | **Construction Project Owner: Wynright Corp. Creditor,subcontractor has supplied a valid lien waiver which remains unpaid in the stated amount below. Debtor is the general Contractor holding the funds as a fiduciary.** | | |
|---|---|---|---|---|

**23157 Thomas Dillon Dr., Suite G**
**Channahon, IL 60410**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No

**Date debt was incurred**

Debtor    **G2 Builders, LLC**
_____
Name

Case number (if know) _____

**2017**
**Last 4 digits of account number**

**Wynright Corp.**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $5,260.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name  **G2 Builders, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,909.00** | **$3,909.00** |
|---|---|---|---|---|

**Commercial Specialties, Inc.**
**2255 Lois Dr., Unit 9**
**Rolling Meadows, IL 60008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Construction Project Owner: Buchanan
Engerny Corporation. Claimant: Subcontractor
holding a valid subcontractor lien. Debtor is a
General Contractor holding the subcontractors
funds as a fiduciary.
Balance remaining unpaid stated below.**

**2016**

Last 4 digits of account number **Wynright
Corp.**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,057.71** | **$11,057.71** |
|---|---|---|---|---|

**Escon Construction Services, Inc.**
**1967 E. Indian Trail**
**Aurora, IL 60502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Construction Project Owner: Wynright
Corporation. Claimant: Subcontractor holding a
valid subcontractor lien. Debtor is a General
Contractor holding the subcontractors funds as
a fiduciary.
Balance remaining unpaid stated below.**

**2017**

Last 4 digits of account number **Wynright
Corp.**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **G2 Builders, LLC**

Name    Case number (if known)

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.00 | $395.00 |
|---|---|---|---|---|

**Fox Valley Glass and Mirror, Inc.**
**9919 Clow Creek Dr., Suite A**
**Plainfield, IL 60585-7527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Construction Project Owner: Medulla, LLC.**
**Claimant: Subcontractor holding a valid**
**subcontractor lien. Debtor is a General**
**Contractor holding the subcontractors funds as**
**a fiduciary.**
**Balance remaining unpaid stated below.**

**2016**

Last 4 digits of account number **Medulla,**
**LLC**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,900.00 | $18,900.00 |
|---|---|---|---|---|

**Friedman & Huey Assoc., LLP**
**1313 W. 175th St.**
**Homewood, IL 60430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Creditor is employed as the Debtors current**
**accounting firm with a valid lien on the books**
**and records of the corporation.**

**2016**

Last 4 digits of account number **ders**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $4,500.00 |
|---|---|---|---|---|

**Golden Fence Co.**
**1841 W. Rookery Circle**
**Round Lake, IL 60073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Construction Project Owner: Buchanan Energy**
**Corp. Creditor,subcontractor has supplied a**
**valid lien waiver which remains unpaid in the**
**stated amount below. Debtor is the general**
**Contractor holding the funds as a fiduciary.**

**2016**

Last 4 digits of account number **Buchanan**
**Energy Co.**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **G2 Builders, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.6**

Priority creditor's name and mailing address

**IL Dept. of Employment Security**
**33 S. State Street**
**Chicago, IL 60603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,662.34    $1,662.34

Date or dates debt was incurred

**3/31/2017**

Basis for the claim:
**IL State unemployment tax**
**First quarter of 2017**

Last 4 digits of account number **9935**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7**

Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$171.70    $171.70

Date or dates debt was incurred

**3/31/2017**

Basis for the claim:
**Federal Unemployment taxes (FUTA)**
**First quqrter of 2017**

Last 4 digits of account number **9935**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**Prospective Plumbing Corp.**
**3407 N. Newcastle**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,960.00    $3,960.00

Date or dates debt was incurred

Basis for the claim:
**Construction Project Owner: Wynright**
**Corporation.  Claimant: Subcontractor holding a**
**valid subcontractor lien.  Debtor is a General**
**Contractor holding the subcontractors funds as**
**a fiduciary.**
**Balance remaining unpaid stated below.**

**2017**

Last 4 digits of account number **Wynright**
**Corp.**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | G2 Builders, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,157.00 | $7,157.00 |
|---|---|---|---|---|

**S & S Roof Maintenance, Inc.**
**23761 N. Sanctuary Club Dr.**
**Lake Zurich, IL 60047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Construction Project Owner: Wynright Corporation.  Claimant: Subcontractor holding a valid subcontractor lien.  Debtor is a General Contractor holding the subcontractors funds as a fiduciary.**
**Balance remaining unpaid stated below.**

**2017**

Last 4 digits of account number **Wynright Corp.**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,986.25 | $5,986.25 |
|---|---|---|---|---|

**Tom Idler**
**106 9th Avenue**
**Bartlett, IL 60103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**G2 Builders project manager on various construction projects.**
**1099 independent contractor**

**2016**

Last 4 digits of account number **ders**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,655.31 |
|---|---|---|---|

**Adam Garcia**
**1304 Saddlebrook Road**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Last 4 digits of account number  ders**

Basis for the claim:  **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,299.48 |
|---|---|---|---|

**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Last 4 digits of account number  _**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **G2 Builders, LLC**
_____
Name

Case number (if known) _____

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,184.64** |

**American General & Electrical Contractors**
880 Lake Street, Suite 812
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:** **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers. Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**American General Electrical Contractors**
880 W. Lake St., Ste 812
Roselle, IL 60172

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **DuPa**

**Basis for the claim:** **Contract Dispute**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243.11** |

**American Olean Midwest**
805 Mark St.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:** **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers. Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.00** |

**Aubrey Sign Company**
1847 Suncast Lane
Batavia, IL 60510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:** **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers. Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Auto-Owners Insurance**
PO Box 303151
Lansing, MI 48909-7815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:** **Business insurance For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,100.00** |

**B & M Construction Services Co.**
1711 W. Main Street
Dundee, IL 60118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:** **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers. Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **G2 Builders, LLC**

Name   Case number (if known) _____

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
---|---|---|---

**Blake and Karen DeBerry**
**Torr Na Lochs**
**7055 W. State Highway 29**
**Burnet, TX 78611**

Date(s) debt was incurred _

Last 4 digits of account number **ders**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For notice purposes only**
**Property Owner**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address   $5,360.00

**Broken Glass, Inc.**
**455 N. Artesian Ave.**
**Chicago, IL 60612**

Date(s) debt was incurred **Jan. to Dec. 2016**

Last 4 digits of account number **ders**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address   $0.00

**Buchanan Energy S. LLC**
**7315 Mercy Road**
**Omaha, NE 68124**

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction Warranty**
**For notice purposes only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address   $200,000.00

**Can Capital**
**2015 Vaughn Rd., Suite 500**
**Kennesaw, GA 30144**

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address   **Unknown**

**CEI Roofing**
**Gregory Harwell**
**1700 Pacific Ave., Suite 3800**
**Dallas, TX 75201**

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address   $30,000.00

**CEI Roofing Texas LLC**
**2510 Cockrell Ave.**
**Dallas, TX 75215**

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | G2 Builders, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**

**CEI Roofing-Texas**
**2510 Cockrell Avenue**
**Dallas, TX 75215**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders,LLC**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Dispute**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Chitkowski Law Offices**
**901 Warrenville Rd., Suite 103**
**Lisle, IL 60532**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **5074**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes only.  Atorneys for American General Electrical Contractors Co**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Comcast**
**PO Box 3001**
**Southeastern, PA 19398-3001**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

**$305.90**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Commercial Specialties, Inc.**
**2255 Lois Drive Unit 9**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

**$2,214.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Condon & Cook**
**745 N. Dearborn Street**
**Chicago, IL 60654**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **Auto Owners Insurance Company**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Crystal Concrete**
**300 Prestwicke Blvd.**
**Algonquin, IL 60102**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

**$138,030.00**

---

Debtor    **G2 Builders, LLC**
_____    Case number (if known) _____
Name

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,210.00 |
|---|---|---|---|

**CW Flooring, LLC**
**1905 S. Wolf Road**
**Hillside, IL 60162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

Basis for the claim: **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**D & K Sheet Metal**
**3105 Ridgland Ave.**
**Berwyn, IL 60402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

Basis for the claim: **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,780.45 |
|---|---|---|---|

**Dearborn Street Holdings, LLC**
**c/o Hinshaw & Culbertson LLC**
**100 Park Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

Basis for the claim: **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,411.00 |
|---|---|---|---|

**DePasquale Steel Erectors, Inc.**
**4646 Western Ave.**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

Basis for the claim: **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Duane Morris, LLP**
**190 S. LaSalle St., Ste. 3700**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **unty,IL**

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **G2 Builders, LLC**
Name
Case number (if known)

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Far West Capital FBO**
**Boutz Construction Company**
**PO Box 30317**
**Austin, TX 78755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:**  **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fox River Components**
**5N172 Foxx Bluff Court**
**Saint Charles, IL 60175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,373.62** |
|---|---|---|---|

**Fox Valley Construction Group**
**1061 N. Raddant Rd.**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

**Basis for the claim:**  **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fox Valley Fire & Safety Co.**
**2730 Pinnicle Drive**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **ders**

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,012,344.22** |
|---|---|---|---|

**Gill Properties, LLC**
**440 S. Third St., Ste 205**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Mar. 2, 2017**

Last 4 digits of account number **unty,IL**

**Basis for the claim:**  **Default Judgment Warranty Claims**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Harwell**
**Slates Harwell, LLP**
**1700 Pacific Ave., Ste. 3800**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **ders**

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **G2 Builders, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645.45** |
| | **Groot Industries** | ☐ Contingent | |
| | **250 Landmeier Rd.** | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60007** | ☐ Disputed | |
| | Date(s) debt was incurred __2016__ | Basis for the claim: __Contract for building materials and services__ | |
| | Last 4 digits of account number __ders__ | __purchased from the above-named creditor herein for various__ __construction projects between the debtor and its customers. Balance__ __remaining unpaid stated below.__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,363.00** |
| | **Grzymala Law Offices, PC** | ☐ Contingent | |
| | **10024 Skokie Blvd 206** | ☐ Unliquidated | |
| | **Skokie, IL 60077** | ☐ Disputed | |
| | Date(s) debt was incurred __3/2017__ | Basis for the claim: __Note for information__ | |
| | Last 4 digits of account number __Schindler Elevator__ __Corporation__ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Hinshaw & Culbertson, LLC** | ☐ Contingent | |
| | **Matthew Hevrin** | ☐ Unliquidated | |
| | **100 Park Avenue** | ☐ Disputed | |
| | **Rockford, IL 61101** | Basis for the claim: __For notice purposes only__ | |
| | Date(s) debt was incurred __ | __Legal fees__ | |
| | Last 4 digits of account number __ders__ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Jameson Watts** | ☐ Contingent | |
| | **Husch Blackwell LLP** | ☐ Unliquidated | |
| | **111 Congress Ave., Suite 1400** | ☐ Disputed | |
| | **Austin, TX 78701** | Basis for the claim: __For notice purposes only__ | |
| | Date(s) debt was incurred __ | __Creditor is a property owner__ | |
| | Last 4 digits of account number __ders__ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
| | **Joseph A. Schudt & Assoc.** | ☐ Contingent | |
| | **9455 Enterprise Dr.** | ☐ Unliquidated | |
| | **Mokena, IL 60448** | ☐ Disputed | |
| | Date(s) debt was incurred __2016__ | Basis for the claim: __Contract for building materials and services__ | |
| | Last 4 digits of account number __ders__ | __purchased from the above-named creditor herein for various__ __construction projects between the debtor and its customers. Balance__ __remaining unpaid stated below.__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kell C. Mercer, P.C.** | ☐ Contingent | |
| | **1602 E. Cesar Chavez Street** | ☐ Unliquidated | |
| | **Austin, TX 78702** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __For notice purposes only__ | |
| | Last 4 digits of account number __ders__ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | G2 Builders, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38**

Nonpriority creditor's name and mailing address

**Lake County Excavating**
**36287 North Fairfield Road**
**Ingleside, IL 60041**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __ders__

As of the petition filing date, the claim is: Check all that apply.                    **$162.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract for building materials and services__
__purchased from the above-named creditor herein for various__
__construction projects between the debtor and its customers.  Balance__
__remaining unpaid stated below.__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39**

Nonpriority creditor's name and mailing address

**Michael Heyne**
**VertsKebap, Inc.**
**2025 Guadalupe St., Suite 248**
**Austin, TX 78705**

Date(s) debt was incurred  _

Last 4 digits of account number  __ders__

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __For notice purposes only__
__Creditor is a property owner__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40**

Nonpriority creditor's name and mailing address

**National Corporate Acct. Srv NCA**
**4585 140th Ave., N Suite 109**
**Clearwater, FL 33762**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __ders__

As of the petition filing date, the claim is: Check all that apply.                **$13,467.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract for building materials and services__
__purchased from the above-named creditor herein for various__
__construction projects between the debtor and its customers.  Balance__
__remaining unpaid stated below.__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41**

Nonpriority creditor's name and mailing address

**Nelson Fire Protection**
**11028 Raleigh Ct.**
**Machesney Park, IL 61115**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __ders__

As of the petition filing date, the claim is: Check all that apply.                **$12,556.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract for building materials and services__
__purchased from the above-named creditor herein for various__
__construction projects between the debtor and its customers.  Balance__
__remaining unpaid stated below.__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42**

Nonpriority creditor's name and mailing address

**New Plan Learning, Inc.**
**2250 E. Devon Ave., Suite 239**
**Des Plaines, IL 60018**

Date(s) debt was incurred  _

Last 4 digits of account number  __ders__

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __For notice purposes only__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43**

Nonpriority creditor's name and mailing address

**Nexgen Building Supplies**
**PO Box 6164**
**Carol Stream, IL 60197-6164**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __ders__

As of the petition filing date, the claim is: Check all that apply.                **$18,211.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract for building materials and services__
__purchased from the above-named creditor herein for various__
__construction projects between the debtor and its customers.  Balance__
__remaining unpaid stated below.__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **G2 Builders, LLC**
Name

Case number (if known) _____

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,900.26** |

**Pedersen Company**
**6N543 Route 25**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

**Basis for the claim:  Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Porky Villa Construction, Inc.**
**PO Box 155**
**Eola, IL 60519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

**Basis for the claim:  For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Probus Law Firm, PLLC**
**1701 Directors Blvd., Ste 290**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

**Basis for the claim:  For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Probus Law Firm, PLLC**
**1701 Directors Blvd., Ste. 290**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **ders**

**Basis for the claim:  For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,877.11** |

**Prospective Plumbing Corp.**
**3407 N. Newcastle**
**Chicago, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

**Basis for the claim:  Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers.  Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,705.00** |

**Querrey & Harrow, Ltd.**
**175 W. Jackson blvd., Suite 1600**
**Chicago, IL 60604-2827**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **ders,LLC**

**Basis for the claim:  Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **G2 Builders, LLC**
_____
Name

Case number _(if known)_ _____

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$11,851.00** |

**R & E Construction, Inc.**
**441 North Ave.**
**Aurora, IL 60505**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,164.33** |

**Rental Max**
**908 E. Roosevelt Rd.**
**Wheaton, IL 60187**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rental Fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,390.00** |

**RNP Acoustics, Inc.**
**121 LeMoyne Parkway**
**Oak Park, IL 60302**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12,500.15** |

**Royal Crowns & Trim, Ltd.**
**550 Albion Ave., Suite 70**
**Schaumburg, IL 60193**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$12,420.00** |

**Royal Crowns and Trim, Ltd.**
**550 Albion Ave # 70,**
**Schaumburg, IL 60193**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0419**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Contract dispute**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$105,564.00** |

**Royal Sitework Management, LLC**
**5409 Eisenhower Dr.**
**Wonder Lake, IL 60097**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **G2 Builders, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.56** | Nonpriority creditor's name and mailing address

**Schindler Elevator Corp.**
**Oakbrook Terrace Tower, 1 Tower Ln**
**Villa Park, IL 60181**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **0592**

As of the petition filing date, the claim is: Check all that apply.        **$19,363.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Warranty Contract**
**Lawsuit pending**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.57** | Nonpriority creditor's name and mailing address

**Section 8 Doors & Hardware**
**4041 Albany St., Unit 5**
**McHenry, IL 60050**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

As of the petition filing date, the claim is: Check all that apply.        **$390.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

**Shading Solutions Group**
**1770 S. Randall Rd., Suite 172A**
**Geneva, IL 60134**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **ders**

As of the petition filing date, the claim is: Check all that apply.        **$4,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address

**Spilotro Law Group**
**61660 N. Cicero Ave., Ste 122**
**Chicago, IL 60646**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **R419**

As of the petition filing date, the claim is: Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

**Terrence Luby**
**First American Bank**
**1650 Louis Ave**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred

Last 4 digits of account number  **sLLC**

As of the petition filing date, the claim is: Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address

**TNT Complete Facility Care, Inc**
**919 N. LaFox Street**
**South Elgin, IL 60177**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.        **$340.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract for building materials and services**
**purchased from the above-named creditor herein for various**
**construction projects between the debtor and its customers.  Balance**
**remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **G2 Builders, LLC**
_____
Name                                                          Case number (if known) _____

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Toparco Holdings, LLC**<br>**3540 Sterns Ave., Suite 101**<br>**Saint Charles, IL 60174**<br><br>Date(s) debt was incurred  **2016**<br>Last 4 digits of account number  **ders** | As of the petition filing date, the claim is: Check all that apply.     **$3,710.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Contract for building materials and services**<br>**purchased from the above-named creditor herein for various**<br>**construction projects between the debtor and its customers.  Balance**<br>**remaining unpaid stated below.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Torr Na Lochs c/o Chae, Harrington**<br>**& Sewell    2000 Wells Fargo Plaza**<br>**1000 Louisiana St., Suite 2000**<br>**Houston, TX 77002-5007**<br><br>Date(s) debt was incurred  **2016**<br>Last 4 digits of account number  **ders** | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For notice purposes only**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505**<br><br>Date(s) debt was incurred  **2016**<br>Last 4 digits of account number  **ders** | As of the petition filing date, the claim is: Check all that apply.     **$446.77**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Contract for building materials and services**<br>**purchased from the above-named creditor herein for various**<br>**construction projects between the debtor and its customers.  Balance**<br>**remaining unpaid stated below.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**W & T Construction, Inc.**<br>**7901 S. Manor Ave.**<br>**Burbank, IL 60459**<br><br>Date(s) debt was incurred  **2016**<br>Last 4 digits of account number  **ders** | As of the petition filing date, the claim is: Check all that apply.     **$22,155.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Contract for building materials and services**<br>**purchased from the above-named creditor herein for various**<br>**construction projects between the debtor and its customers.  Balance**<br>**remaining unpaid stated below.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**W-T Land Surveying, Inc.**<br>**2675 Pratum Ave.**<br>**Hoffman Estates, IL 60192**<br><br>Date(s) debt was incurred  **2016**<br>Last 4 digits of account number  **ders** | As of the petition filing date, the claim is: Check all that apply.     **$4,672.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Contract for building materials and services**<br>**purchased from the above-named creditor herein for various**<br>**construction projects between the debtor and its customers.  Balance**<br>**remaining unpaid stated below.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Wolf Pack Consulting, LLC**<br>**1612 Ogden Ave., Suite 202**<br>**Lisle, IL 60532**<br><br>Date(s) debt was incurred  **2016**<br>Last 4 digits of account number  **ders** | As of the petition filing date, the claim is: Check all that apply.     **$437.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Outside consulting services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **G2 Builders, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wolf Pack Development, Inc.**
**2510 Maple Ave.**
**Downers Grove, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number **ders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,429.25 |
|---|---|---|---|

**Zivak Plumbing, Inc.**
**7751 Kingsbury Dr.**
**Hanover Park, IL 60133**

Date(s) debt was incurred **2016**

Last 4 digits of account number **ders**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract for building materials and services purchased from the above-named creditor herein for various construction projects between the debtor and its customers. Balance remaining unpaid stated below.**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 57,699.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,925,372.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,983,071.97 |

**Fill in this information to identify the case:**

Debtor name  **G2 Builders, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **G2 Builders, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **G2 Builders, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$287,917.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$7,676,342.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$17,296,227.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **G2 Builders, LLC**                                     Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gill Properties, LLC vs. G2 Builders, LLC 16 CH 6811** | **Contract Dispute** | **Circuit Court of Cook County** 50 W. Washington Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Auto-Owners Insurance Company v. G2 Builders, LLC; Gill Properties, LLC 2017-CH-03104** | **Mechanic's Lien Suit** | **Circuit Court of Cook County** 50 W. Washington Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Shading Solutions Groups, Inc. v. G2 Builderes, LLC 2017-M1-107311** | **Mechanic's Lien Suit** | **Circuit Court of Cook County** 50 W. Washington Chicago, IL 60601 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Schindler Elevator Corporation v. G2 Builders, LLC 2017-M2-000592** | **Mechanic's Lien Suit** | **Circuit Court of Cook County** 50 W. Washington Chicago, IL 60601 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Royal Crowns & Trim, Ltd. d/b/a Doorways Unlimited v. G2 Builders, LLC 2017 AR 000419** | **Mechanic's Lien Suit** | **Circuit of Court of DuPage County** 505 N. County Farm Rd. Wheaton, IL 60187 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **G2 Builders, LLC**                                                  Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. American General/Electrical Contractors Co., v. Gill Properties, LLC; et al.<br>16-CH-07603 | Mechanic's Lien Foreclosure Suit | Circuit of Court of Cook County<br>50 W. Washington<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. Torr Na Lochs, LLC v. G2 Builders Texas, LLC and G2 Builders, LLC<br>44852 | Mechanic's Lien Suit | District Court of Burnet County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. CEI Roofing-Texas, A Tecta America Company, LLC and Tecta Amercia Austin, LLC vs. G2 Builders, LLC and G2 Builders Texas, LLC<br>D-1-GN-16-001964 | Contract Action | District Court Travis County, Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **G2 Builders, LLC**

Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Offices of Jay L. Dahl**<br>**1122 Brigham Way**<br>**Geneva, IL 60134** | **Attorney Fees** | **April 24, 2017** | **$3,000.00** |
| | Email or website address<br>_____ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

| Debtor | **G2 Builders, LLC** | Case number *(if known)* |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | G2 Builders, LLC | Case number *(if known)* | |

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Friedman & Huey Assoc., LLP**<br>**1313 W. 175th St.**<br>**Homewood, IL 60430** | **2015, 2016, 2017 to date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor   **G2 Builders, LLC**                                     Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Friedman & Huey Assoc., LLP**<br>**1313 W. 175th St.**<br>**Homewood, IL 60430** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Oscar Garcia** | **1178 Chesappake Ct.**<br>**Bartlett, IL 60103** | **Managing Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jimmy Garcia** | **105 Aprina Lane**<br>**Bloomingdale, IL 60108** | **Member** | **50** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **G2 Builders, LLC**                                                Case number *(if known)* _____

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2017**

**/s/ Oscar Garcia**                                            **Oscar Garcia**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **G2 Builders, LLC** _____   Case No. _____
Debtor(s)                          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  [Other provisions as needed]
        **Represention of debtor(s) at the 341 meeting of creditors only if any and all outstanding fees and/or costs have been paid in full.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions; judicial lien avoidances actions; relief from stay actions; Rule 2004 examinations; negotiations with secured creditors to reduce to the market value; preparation and filing of reaffirmation agreements and applications as needed or requested by debtor; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for the avoidance of liens on household goods; or any other adversary proceeding or actions.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 24, 2017** | **/s/ Jay L. Dahl** |
| _Date_ | **Jay L. Dahl 03123262** |
| | _Signature of Attorney_ |
| | **The Law Offices of Jay L. Dahl** |
| | **1122 Brigham Way** |
| | **Geneva, IL 60134** |
| | **630-232-9005  Fax: 630-232-9014** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **G2 Builders, LLC**                                    Case No.
                                    Debtor(s)       Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **81**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 24, 2017**                    **/s/ Oscar Garcia**
                                        **Oscar Garcia**/**Managing Member**
                                        Signer/Title

Adam Garcia
1304 Saddlebrook Road
Bartlett, IL 60103


American Express
Box 0001
Los Angeles, CA 90096-8000


American General & Electrical
Contractors
880 Lake Street, Suite 812
Roselle, IL 60172


American General Electrical
Contractors
880 W. Lake St., Ste 812
Roselle, IL 60172


American Olean Midwest
805 Mark St.
Elk Grove Village, IL 60007


Aubrey Sign Company
1847 Suncast Lane
Batavia, IL 60510


Auto-Owners Insurance
PO Box 303151
Lansing, MI 48909-7815


B & M Construction Services Co.
1711 W. Main Street
Dundee, IL 60118


Blake and Karen DeBerry
Torr Na Lochs
7055 W. State Highway 29
Burnet, TX 78611


Broken Glass, Inc.
455 N. Artesian Ave.
Chicago, IL 60612

Buchanan Energy S. LLC
7315 Mercy Road
Omaha, NE 68124


Can Capital
2015 Vaughn Rd., Suite 500
Kennesaw, GA 30144


CEI Roofing
Gregory Harwell
1700 Pacific Ave., Suite 3800
Dallas, TX 75201


CEI Roofing Texas LLC
2510 Cockrell Ave.
Dallas, TX 75215


CEI Roofing-Texas
2510 Cockrell Avenue
Dallas, TX 75215


Chitkowski Law Offices
901 Warrenville Rd., Suite 103
Lisle, IL 60532


Comcast
PO Box 3001
Southeastern, PA 19398-3001


Commercial Specialties, Inc.
2255 Lois Drive Unit 9
Rolling Meadows, IL 60008


Commercial Specialties, Inc.
2255 Lois Dr., Unit 9
Rolling Meadows, IL 60008


Condon & Cook
745 N. Dearborn Street
Chicago, IL 60654


Crystal Concrete
300 Prestwicke Blvd.
Algonquin, IL 60102

CW Flooring, LLC
1905 S. Wolf Road
Hillside, IL 60162


D & K Sheet Metal
3105 Ridgland Ave.
Berwyn, IL 60402


Dearborn Street Holdings, LLC
c/o Hinshaw & Culbertson LLC
100 Park Avenue
Rockford, IL 61101


DePasquale Steel Erectors, Inc.
4646 Western Ave.
Lisle, IL 60532


Duane Morris, LLP
190 S. LaSalle St., Ste. 3700
Chicago, IL 60603


Escon Construction Services, Inc.
1967 E. Indian Trail
Aurora, IL 60502


Far West Capital FBO
Boutz Construction Company
PO Box 30317
Austin, TX 78755


Fox River Components
5N172 Foxx Bluff Court
Saint Charles, IL 60175


Fox Valley Construction Group
1061 N. Raddant Rd.
Batavia, IL 60510


Fox Valley Fire & Safety Co.
2730 Pinnicle Drive
Elgin, IL 60124


Fox Valley Glass & Mirror, Inc.
9919 Clow Creek Dr., Suite A
Plainfield, IL 60585-7527

Fox Valley Glass and Mirror, Inc.
9919 Clow Creek Dr., Suite A
Plainfield, IL 60585-7527


Friedman & Huey Assoc., LLP
1313 W. 175th St.
Homewood, IL 60430


Gill Properties, LLC
440 S. Third St., Ste 205
Saint Charles, IL 60174


Golden Fence Co.
1841 W. Rookery Circle
Round Lake, IL 60073


Gregory Harwell
Slates Harwell, LLP
1700 Pacific Ave., Ste. 3800
Dallas, TX 75201


Groot Industries
250 Landmeier Rd.
Elk Grove Village, IL 60007


Grzymala Law Offices, PC
10024 Skokie Blvd 206
Skokie, IL 60077


Hinshaw & Culbertson, LLC
Matthew Hevrin
100 Park Avenue
Rockford, IL 61101


IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jameson Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Joseph A. Schudt & Assoc.
9455 Enterprise Dr.
Mokena, IL 60448

Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702

Lake County Excavating
36287 North Fairfield Road
Ingleside, IL 60041

Low Voltage Installation Services
23157 Thomas Dillon Dr., Suite G
Channahon, IL 60410

Michael Heyne
VertsKebap, Inc.
2025 Guadalupe St., Suite 248
Austin, TX 78705

National Corporate Acct. Srv NCA
4585 140th Ave., N Suite 109
Clearwater, FL 33762

Nelson Fire Protection
11028 Raleigh Ct.
Machesney Park, IL 61115

New Plan Learning, Inc.
2250 E. Devon Ave., Suite 239
Des Plaines, IL 60018

Nexgen Building Supplies
PO Box 6164
Carol Stream, IL 60197-6164

Pedersen Company
6N543 Route 25
Saint Charles, IL 60174

Porky Villa Construction, Inc.
PO Box 155
Eola, IL 60519


Probus Law Firm, PLLC
1701 Directors Blvd., Ste 290
Austin, TX 78744


Probus Law Firm, PLLC
1701 Directors Blvd., Ste. 290
Austin, TX 78744


Prospective Plumbing Corp.
3407 N. Newcastle
Chicago, IL 60634


Prospective Plumbing Corp.
3407 N. Newcastle
Chicago, IL 60634


Querrey & Harrow, Ltd.
175 W. Jackson blvd., Suite 1600
Chicago, IL 60604-2827


R & E Construction, Inc.
441 North Ave.
Aurora, IL 60505


Rental Max
908 E. Roosevelt Rd.
Wheaton, IL 60187


RNP Acoustics, Inc.
121 LeMoyne Parkway
Oak Park, IL 60302


Royal Crowns & Trim, Ltd.
550 Albion Ave., Suite 70
Schaumburg, IL 60193


Royal Crowns and Trim, Ltd.
550 Albion Ave # 70,
Schaumburg, IL 60193

Royal Sitework Management, LLC
5409 Eisenhower Dr.
Wonder Lake, IL 60097


S & S Roof Maintenance, Inc.
23761 N. Sanctuary Club Dr.
Lake Zurich, IL 60047


Schindler Elevator Corp.
Oakbrook Terrace Tower, 1 Tower Ln
Villa Park, IL 60181


Section 8 Doors & Hardware
4041 Albany St., Unit 5
McHenry, IL 60050


Shading Solutions Group
1770 S. Randall Rd., Suite 172A
Geneva, IL 60134


Spilotro Law Group
61660 N. Cicero Ave., Ste 122
Chicago, IL 60646


Terrence Luby
First American Bank
1650 Louis Ave
Elk Grove Village, IL 60007


TNT Complete Facility Care, Inc
919 N. LaFox Street
South Elgin, IL 60177


Tom Idler
106 9th Avenue
Bartlett, IL 60103


Toparco Holdings, LLC
3540 Sterns Ave., Suite 101
Saint Charles, IL 60174


Torr Na Lochs c/o Chae, Harrington
& Sewell   2000 Wells Fargo Plaza
1000 Louisiana St., Suite 2000
Houston, TX 77002-5007

```
Verizon
PO Box 25505
Lehigh Valley, PA 18002-5505


W & T Construction, Inc.
7901 S. Manor Ave.
Burbank, IL 60459


W-T Land Surveying, Inc.
2675 Pratum Ave.
Hoffman Estates, IL 60192


Wolf Pack Consulting, LLC
1612 Ogden Ave., Suite 202
Lisle, IL 60532


Wolf Pack Development, Inc.
2510 Maple Ave.
Downers Grove, IL 60515


Zivak Plumbing, Inc.
7751 Kingsbury Dr.
Hanover Park, IL 60133
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **G2 Builders, LLC** _____

                                Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **G2 Builders, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2017** _____

Date

**/s/ Jay L. Dahl** _____

**Jay L. Dahl 03123262**

Signature of Attorney or Litigant

Counsel for   **G2 Builders, LLC** _____

**The Law Offices of Jay L. Dahl**

**1122 Brigham Way**
**Geneva, IL 60134**
**630-232-9005 Fax:630-232-9014**