**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  G2 BUILDERS, LLC                  §   Case No. 17-12859
                                          §
                                          §
                                          §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/24/2017. The undersigned trustee was appointed on 04/24/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          75,230.37

    Funds were disbursed in the following amounts:

    Payments made under an
      interim distribution                                          0.00
    Administrative expenses                                     5,786.30
    Bank service fees                                           1,328.18
    Other payments to creditors                                     0.00
    Non-estate funds paid to 3rd Parties                            0.00
    Exemptions paid to the debtor                                   0.00
    Other payments to the debtor                                    0.00

    Leaving a balance on hand of[1]              $          68,115.89

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 09/08/2017 and the deadline for filing governmental claims was 10/23/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,011.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $7,011.52, for a total compensation of $7,011.52[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $13.86 for total expenses of $13.86[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2018     By: /s/ David R. Brown
                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 17-12859 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | G2 BUILDERS, LLC | Date Filed (f) or Converted (c): | 04/24/2017 (f) |
|  |  | § 341(a) Meeting Date: | 06/06/2017 |
| For Period Ending: | 10/05/2018 | Claims Bar Date: | 09/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | First American Bank Business checking and payroll | 73,559.54 | 75,230.37 |  | 75,230.37 | FA |
| 1 | **Assets Totals (Excluding unknown values)** | **$73,559.54** | **$75,230.37** |  | **$75,230.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

Accountant is preparing the estate tax returns

**Initial Projected Date Of Final Report (TFR):** 05/15/2018    **Current Projected Date Of Final Report (TFR):** 05/15/2018

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-12859 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | G2 BUILDERS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9935 | Account #: | ******8400 Checking |
| For Period Ending: | 10/05/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/17 | {1} | First American Bank | turnover of Debtor bank account | 1129-000 | 75,230.37 | | 75,230.37 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 100.99 | 75,129.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.26 | 75,014.12 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.89 | 74,906.23 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 104.14 | 74,802.09 |
| 01/05/18 | 101 | Alan D Lasko & Associates, PC | First Interim Fee Award | | | 2,474.50 | 72,327.59 |
| | | | First Interim Fee Award $2,453.30 | 3410-000 | | | 72,327.59 |
| | | | $21.20 | 3420-000 | | | 72,327.59 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 116.68 | 72,210.91 |
| 02/13/18 | 102 | INTERNATIONAL SURETIES, LTD | Bond # 016073584 | 2300-000 | | 20.80 | 72,190.11 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 96.93 | 72,093.18 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 103.69 | 71,989.49 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 100.09 | 71,889.40 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 113.75 | 71,775.65 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 99.79 | 71,675.86 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.96 | 71,565.90 |
| 08/28/18 | 103 | Illinois Department of Revenue | FEIN: 68-0609935, 2018 IL-1065 | 2820-000 | | 3,291.00 | 68,274.90 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 106.36 | 68,168.54 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.65 | 68,115.89 |
| | | **COLUMN TOTALS** | | | 75,230.37 | 7,114.48 | $68,115.89 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 75,230.37 | 7,114.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $75,230.37 | $7,114.48 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-12859 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | G2 BUILDERS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9935 | **Account #:** | ******8400 Checking |
| **For Period Ending:** | 10/05/2018 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8400 Checking | $75,230.37 | $7,114.48 | $68,115.89 |
| | $75,230.37 | $7,114.48 | $68,115.89 |

# Exhibit C

## Analysis of Claims Register

**Case: 17-12859**                                         **G2 BUILDERS, LLC**

Claims Bar Date: 09/08/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Can Capital Asset Servicing, Inc. 2015 Vaughn Road, Building 500 Kennesaw, GA 30144 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 08/19/17 | | $181,502.58 $0.00 | $0.00 | $0.00 |
| | Claim disallowed 8/17/18 | | | | | |
| 10 | American General/Electrical Contractors Co. 901 Warrenville Road, Suite 103 Lisle, IL 60532 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 08/23/17 | | $75,314.89 $75,314.89 | $0.00 | $75,314.89 |
| | mechanic's lien | | | | | |
| 13 | Crystal Concrete 300 Prestwicke Blvd. Algonquin, IL 60102 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 09/08/17 | | $176,569.51 $176,569.51 | $0.00 | $176,569.51 |
| | real estate/mechanic's lien | | | | | |
| TRCOMP | David R. Brown 53 W. Jackson #1334 Chicago, IL 60604 <2100-000 Trustee Compensation> , 200 | Administrative 07/05/18 | | $7,011.52 $7,011.52 | $0.00 | $7,011.52 |
| TREXP | David R. Brown 53 W. Jackson #1334 Chicago, IL 60604 <2200-000 Trustee Expenses> , 200 | Administrative 10/05/18 | | $13.86 $13.86 | $0.00 | $13.86 |
| | Alan D Lasko & Associates, PC 205 W Randolph Street Suite 1150 Chicago, IL 60606 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 10/03/18 | | $10,544.80 $10,544.80 | $2,453.30 | $8,091.50 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case: 17-12859**                                                **G2 BUILDERS, LLC**

Claims Bar Date: 09/08/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Alan D Lasko & Associates, PC<br>205 W Randolph Street<br>Suite 1150<br>Chicago, IL 60606<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>10/03/18 |  | $241.08<br>$241.08 | $21.20 | $219.88 |
|  | Clerk of the Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604<br><2700-000 Clerk of the Court Fees><br>, 200<br>Adversary filing fee; 17-00330 | Administrative<br>10/13/17 |  | $350.00<br>$350.00 | $0.00 | $350.00 |
|  | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>10/05/18 |  | $5,562.00<br>$5,562.00 | $0.00 | $5,562.00 |
|  | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>10/05/18 |  | $10.06<br>$10.06 | $0.00 | $10.06 |
| 2P | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/07/17 |  | $10,500.18<br>$10,500.18 | $0.00 | $10,500.18 |
| 3P | Internal Revenue Service Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/14/17 |  | $35,808.70<br>$35,808.70 | $0.00 | $35,808.70 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case: 17-12859**      **G2 BUILDERS, LLC**

Claims Bar Date: 09/08/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/14/17 | | $35,808.70<br>$0.00 | $0.00 | $0.00 |
| | Claim disallowed 8/17/18 as duplicate of claim 3 | | | | | |
| 16 | Illinois Department of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>10/23/17 | | $8,683.35<br>$8,683.35 | $0.00 | $8,683.35 |
| 17P | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>01/24/18 | | $1,978.39<br>$1,978.39 | $0.00 | $1,978.39 |
| 1 | Schindler Elevator Corporation<br>c/o NCS, 729 Miner Road<br>Highland Heights, OH 44143<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/03/17 | | $19,363.00<br>$19,363.00 | $0.00 | $19,363.00 |
| 2U | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/07/17 | | $95.00<br>$95.00 | $0.00 | $95.00 |
| 3U | Internal Revenue Service Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/14/17 | | $200.00<br>$200.00 | $0.00 | $200.00 |

Page: 4

# Exhibit C
## Analysis of Claims Register

**Case: 17-12859**     **G2 BUILDERS, LLC**

Claims Bar Date: 09/08/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4U | Internal Revenue Service Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Claim disallowed 8/17/18 as duplicate of claim 3 | Unsecured<br>06/14/17 | | $200.00<br>$0.00 | $0.00 | $0.00 |
| 5 | Joseph A. Schudt & Assoc.<br>9455 Enterprise Dr.<br>Mokena, IL 60448<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/19/17 | | $3,500.00<br>$3,500.00 | $0.00 | $3,500.00 |
| 6 | Dearborn Street Holdings, LLC c/o Hinshaw & Culbertson LLC<br>100 Park Avenue<br>Rockford, IL 61101<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/29/17 | | $1,780.45<br>$1,780.45 | $0.00 | $1,780.45 |
| 7 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Acct #1005 | Unsecured<br>07/03/17 | | $3,299.48<br>$3,299.48 | $0.00 | $3,299.48 |
| 8 | Verizon by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/04/17 | | $855.39<br>$855.39 | $0.00 | $855.39 |
| 11 | Gill Properties, LLC Series 21231<br>440 South 3rd Street, Suite 205<br>St. Charles, IL 60174<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/06/17 | | $1,025,324.39<br>$1,025,324.39 | $0.00 | $1,025,324.39 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 17-12859**          **G2 BUILDERS, LLC**

Claims Bar Date: 09/08/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Vertskebap, Inc. d/b/a Vertskebap c/o Jameson J. Watts Husch Blackwell LLP 111 Congress Avenue, Suite 1400 Austin, TX 78701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/07/17 | | $339,272.95 $339,272.95 | $0.00 | $339,272.95 |
| 14 | CEI Roofing-Texas, LLC 2510 Cockrell Avenue Dallas, TX 75215 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/08/17 | | $31,202.00 $31,202.00 | $0.00 | $31,202.00 |
| 15 | Zivak Plumbing Inc. James O'Halloran 107 W. 1st Street Elmhurst, IL 60126 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/08/17 | | $39,429.25 $39,429.25 | $0.00 | $39,429.25 |
| 17U | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL 60603 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/18 | | $100.00 $100.00 | $0.00 | $100.00 |

**Case Total:**          **$2,474.50**   **$1,794,535.75**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-12859
Case Name: G2 BUILDERS, LLC
Trustee Name: David R. Brown

**Balance on hand:**     $               68,115.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | American General/Electrical Contractors Co. | 75,314.89 | 75,314.89 | 0.00 | 0.00 |
| 13 | Crystal Concrete | 176,569.51 | 176,569.51 | 0.00 | 0.00 |
| 9 | Can Capital Asset Servicing, Inc. | 181,502.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $            0.00
Remaining balance:     $       68,115.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 7,011.52 | 0.00 | 7,011.52 |
| Trustee, Expenses - David R. Brown | 13.86 | 0.00 | 13.86 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 5,562.00 | 0.00 | 5,562.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 10.06 | 0.00 | 10.06 |
| Accountant for Trustee Fees (Other Firm) - Alan D Lasko & Associates, PC | 10,544.80 | 2,453.30 | 8,091.50 |
| Accountant for Trustee Expenses (Other Firm) - Alan D Lasko & Associates, PC | 241.08 | 21.20 | 219.88 |

Total to be paid for chapter 7 administrative expenses:     $       21,258.82
Remaining balance:     $       46,857.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 46,857.07 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $56,970.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 10,500.18 | 0.00 | 8,636.17 |
| 3P | Internal Revenue Service Centralized Insolvency Operations | 35,808.70 | 0.00 | 29,451.86 |
| 4P | Internal Revenue Service Centralized Insolvency Operations | 0.00 | 0.00 | 0.00 |
| 16 | Illinois Department of Revenue Bankruptcy Section | 8,683.35 | 0.00 | 7,141.86 |
| 17P | Illinois Department of Employment Security | 1,978.39 | 0.00 | 1,627.18 |

|  | Total to be paid for priority claims: | $ | 46,857.07 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,464,421.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Schindler Elevator Corporation | 19,363.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 95.00 | 0.00 | 0.00 |
| 3U | Internal Revenue Service Centralized Insolvency Operations | 200.00 | 0.00 | 0.00 |
| 4U | Internal Revenue Service Centralized Insolvency Operations | 0.00 | 0.00 | 0.00 |
| 5 | Joseph A. Schudt & Assoc. | 3,500.00 | 0.00 | 0.00 |
| 6 | Dearborn Street Holdings, LLC c/o Hinshaw & Culbertson LLC | 1,780.45 | 0.00 | 0.00 |
| 7 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 3,299.48 | 0.00 | 0.00 |
| 8 | Verizon by American InfoSource LP as agent | 855.39 | 0.00 | 0.00 |
| 11 | Gill Properties, LLC Series 21231 | 1,025,324.39 | 0.00 | 0.00 |
| 12 | Vertskebap, Inc. d/b/a Vertskebap c/o Jameson J. Watts Husch Blackwell LLP | 339,272.95 | 0.00 | 0.00 |
| 14 | CEI Roofing-Texas, LLC | 31,202.00 | 0.00 | 0.00 |
| 15 | Zivak Plumbing Inc. James O'Halloran | 39,429.25 | 0.00 | 0.00 |
| 17U | Illinois Department of Employment Security | 100.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $          0.00
Remaining balance:                                         $          0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**