UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **G2 BUILDERS, LLC,** | ) | Bankruptcy No. 17-12859 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 31, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Jay Dahl
1122 Brigham Way
Geneva, IL 60134
jaydahllaw@gmail.com

**VIA REGULAR MAIL**

G2 Builders, Llc
1330 Greenbrook Blvd., Suite 101
Hanover Park, IL 60133

Alan D Lasko & Associates, PC
205 W Randolph Street, Suite 1150
Chicago, IL 60606

Schindler Elevator Corporation
c/o NCS, 729 Miner Road
Highland Heights, OH 44143

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Joseph A. Schudt & Assoc.
9455 Enterprise Dr.
Mokena, IL 60448

Dearborn Street Holdings, LLC
c/o Hinshaw & Culbertson LLC
100 Park Avenue
Rockford, IL 61101

American Express Travel Related
Services Company, Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Verizon by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Can Capital Asset Servicing, Inc.
2015 Vaughn Road, Building 500
Kennesaw, GA 30144

American General/Electrical Contractors Co.
901 Warrenville Road, Suite 103
Lisle, IL 60532

Gill Properties, LLC Series 21231
440 South 3rd Street, Suite 205
St. Charles, IL 60174

Vertskebap, Inc. d/b/a Vertskebap c/o Jameson J. Watts Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Crystal Concrete
300 Prestwicke Blvd.
Algonquin, IL 60102

CEI Roofing-Texas, LLC
2510 Cockrell Avenue
Dallas, TX 75215

Zivak Plumbing Inc. James O'Halloran
107 W. 1st Street
Elmhurst, IL 60126

Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

Illinois Department of Employment Security
33 South State Street,
Attn: Bankruptcy Unit - 10th flr.
Chicago, IL 60603

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000